**Fill in this information to identify the case:**

Debtor name   **Barker Boatworks, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)   **8:19-bk-3138-MGW**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $   **217,544.76**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................   $   **1,138,786.79**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................   $   **1,356,331.55**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $   **788,482.44**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $   **3,413,370.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$   **647,226.56**

4. **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b   $   **4,849,079.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Barker Boatworks, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:19-bk-3138-MGW**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Bank of America** | **Checking** | $4,697.55 |
| 4. | **Other cash equivalents** *(Identify all)* | | |
| 5. | **Total of Part 1.** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | $4,697.55 |

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |
| 7.1. | **Benderson ($5,000) and Rivolta ($10,000) deposits** | $15,000.00 |
| 7.2. | **Utility Security Deposit (as of Nov 2018)** | $1,268.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Barker Boatworks, LLC**
Name

Case number *(If known)* **8:19-bk-3138-MGW**

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

**$16,268.00**

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 19. | **Raw materials**<br>**Raw materials (parts)** | | Unknown | | Unknown |
| 20. | **Work in progress**<br>**Work in Process - see attached** | | Unknown | | $81,000.00 |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>**Boat Molds - see attached** | | Unknown | | $850,000.00 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

**$931,000.00**

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Barker Boatworks, LLC** | Case number *(If known)* **8:19-bk-3138-MGW** |
| --- | --- | --- |
| | Name | |

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture**<br>Office Furniture  (Nov 2018 balance sheet) | **Unknown** | | **$14,919.24** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers, etc. (Nov 2018 balance sheet) | **Unknown** | | **$5,226.95** |
| | Software (Nov 2018 balance sheet) | **Unknown** | | **$2,000.05** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$22,146.24** |
| --- | --- | --- |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2014 Ford F-250 Truck** | **Unknown** | | **$20,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Barker Boatworks, LLC**                                    Case number *(If known)*  **8:19-bk-3138-MGW**
Name

| | | | | |
|---|---|---|---|---|
| 47.2. | **2014 Ford F-150 Truck** | **Unknown** | | **$13,000.00** |
| 47.3. | **Show trailer (Nov 2018 balance sheet)** | **Unknown** | | **$5,500.00** |
| 47.4. | **2003 Ford Cargo Van** | **Unknown** | | **$3,000.00** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1. | **Ameratrail Trailers (2)** | **Unknown** | | **$10,000.00** |

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
      **Machinery and Equipment - see attached**          **Unknown**                    **$113,175.00**

51.   **Total of Part 8.**                                                              | **$164,675.00** |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Lease of office and showroom located at 7910 25th Court E., #115, Sarasota, Florida** | | **$0.00** | | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Barker Boatworks, LLC** | Case number *(If known)* | **8:19-bk-3138-MGW** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.2. | **Lease of manufacturing/assembly and rigging facility located at 2188 51st St., Sarasota, Florida** | | **$0.00** | **$0.00** |
| 55.3. | **Leasehold improvements (Nov 2018 balance sheet) - 7910 25th Court E., #115, Sarasota, Florida** | | **Unknown** | **$217,544.76** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | **$217,544.76** |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property**<br>**Michael Peters Yacht Design Contract for Design #424 (26' Fout) and**<br>**Michael Peters Yacht Design Contract for Design #456 (40' Sportfish Catamaran)** | **Unknown** | | **Unknown** |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | **$0.00** |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Barker Boatworks, LLC**                                    Case number *(If known)*  **8:19-bk-3138-MGW**
       Name

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.      **Notes receivable**
Description (include name of obligor)

| **Employee loan  (as of Nov 2018)** | 5,300.00 | - | 5,300.00 | = | **$0.00** |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

72.      **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.      **Interests in insurance policies or annuities**

74.      **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Litigation filed against YellowFin Yachts, LLC in Manatee County Circuit Court, Case No. 2016-CA-355**                                    **Unknown**
Nature of claim
Amount requested

75.      **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.      **Trusts, equitable or future interests in property**

77.      **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**See attached**

78.      **Total of Part 11.**                                    **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79.      **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Barker Boatworks, LLC**                                          Case number *(If known)*  **8:19-bk-3138-MGW**
Name

Part 12:   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,697.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $16,268.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $931,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $22,146.24 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $164,675.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $217,544.76 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,138,786.79 | + 91b. $217,544.76 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,356,331.55 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

In re   **Barker Boatworks, LLC**                                    Case No.   **8:19-bk-3138-MGW**

Debtor(s)

## SCHEDULE A/B - PROPERTY

## #19, 20, 22, and 50

| ASSET | VALUE |
|---|---|
| **Boat Molds** | |
| 26 Hull Mold on Hudson Air Turner | |
| 26 Hull Mold on Hudson Air Turner | |
| 26 Bay deck Mold | |
| 26 Open Liner Mold | |
| 26 Open Liner Mold with FWD Seating | |
| 26 Open Ring Deck Mold | |
| 26 Console Mold | |
| 26 Console Headliner Mold | |
| 26 Open leaning Post Mold | |
| 26 Bay leaning Post Mold | |
| 26 "Key West" Hardtop Mold | |
| 26 "Full" Hardtop Mold | |
| 26 Key West "Stand On" Hardtop Mold | |
| 26 Upper Helm Mold | |
| 26 Open/Bay Hatch Molds | |
| 26 Tub Molds | |
| Seachest Mold | |
| **Total Boat Molds** | **$     850,000.00** |
| | |
| **Machinery and Equipment** | |
| Hudson 10 Ton A-Frame | 25,000.00 |
| Yale Forklift | 7,500.00 |
| Forklift Boom | 1,500.00 |
| Atlas Copco Compressor, Dryer, Holding Tank | 12,000.00 |
| MVP Wetout System | 7,500.00 |
| MVP Wetout System | 7,500.00 |
| MVP Gelcoat System | 7,500.00 |
| MVP Pail Rider | 2,500.00 |
| (1) 2qt Pressure Pot | 150.00 |
| (1) Cup Gun | 200.00 |

| | |
|---|---|
| (2) Airtech Vacuum Pumps | 6,000.00 |
| (3) Small Vacuum Pumps | 350.00 |
| Resin Holding Tank | 250.00 |
| (25) Metal storage racks | 2,500.00 |
| (6) Part Carts | 250.00 |
| (6) Ladders | 100.00 |
| (7) Utility Cabinets | 500.00 |
| (2) large Metal Shop Consumable Cabinets | 1,000.00 |
| Lamination table w/Glass Racks | 500.00 |
| (2) Set GoJacks W/Rack | 500.00 |
| (6) Shop Fans | 250.00 |
| (3) Yellow Fireproof Safety Cabinets | 1,500.00 |
| (5) Work Benches | 500.00 |
| (2) Bench Grinders | 150.00 |
| (2) Bench Vises | 500.00 |
| (1) Band Saw | 500.00 |
| (1) Chop Saw | 125.00 |
| (2) Skill Saws | 250.00 |
| (1) Jig Saw | 75.00 |
| (2) Battery Chargers | 450.00 |
| (1) Froth Pac Kit on Dollies | 1,000.00 |
| (3) 2.5 Ton Shop Cranes | 500.00 |
| (13) 100' Air Lines | 250.00 |
| (1) Air Buffer | 250.00 |
| (3) heat Guns | 150.00 |
| (5) DA Air Sanders | 100.00 |
| (4) 90 Degree 3" Grinders | 200.00 |
| (2) 90 Degree 5" Grinders | 100.00 |
| (3) Air Saws | 200.00 |
| (2) Electric Drills Rev | 100.00 |
| (6) 12" Scissors | 100.00 |
| (1) Electric Scissor/Knife Sharpener | 250.00 |
| (1) 220V Heater | 250.00 |
| (1) Grease Gun | 50.00 |
| (1) Electric Grease Gun | 250.00 |
| (3) Staple Guns | 50.00 |
| (2) Diamond Air Cutting Tools | 300.00 |
| (4) Di Grinders | 100.00 |
| (4) Electric Buffers | 1,000.00 |

| | |
|---|---|
| (8) Extension Chords 50' | 125.00 |
| (2) Shop Vacs | 100.00 |
| (6) Sets Sawhorses | 100.00 |
| (1) Pressure Washer | 150.00 |
| (2) 55 Gallon Drum Dollies | 100.00 |
| (2) Handtrucks | 50.00 |
| Assorted Stock room bins/Racks | 2,500.00 |
| (1) Refrigerator | 250.00 |
| 20' Box Trailer | 5,000.00 |
| 5000 Sq Ft Show Flooring | 5,000.00 |
| (4) Hull Dollies | 1,000.00 |
| (2) Bay Deck Dollies | 500.00 |
| (2) Open Liner Dollies | 500.00 |
| Office Computers/Equipment/TV's | 5,000.00 |
| **Total Machinery and Equipment** | **113,175.00** |
| | |
| **Work In Process** | |
| (5)26 Hulls | 45,500.00 |
| (2) 26 Open Liners | 8,000.00 |
| (1) Bay Deck | 8,500.00 |
| (3) 26 Open Decks | 7,500.00 |
| (1) 26 Console | 500.00 |
| (1) Console HeadLiner | 150.00 |
| (1) Console Door | 300.00 |
| (3) Key West Hardtops | 4,500.00 |
| (1) Set Bay Hatches | 5,000.00 |
| (10) 8.8" Speaker Rings | 150.00 |
| (4) 10" Subwoofer Rings | 100.00 |
| (1) Forward Seat | 450.00 |
| (1) Upper Helm | 250.00 |
| (1) Seachest | 100.00 |
| **Total Work in Process** | **81,000.00** |

In re   **Barker Boatworks, LLC**                                         Case No.   **8:19-bk-3138-MGW**

Debtor(s)

## SCHEDULE A/B - PROPERTY
### #77 - Other Assets

Prior to the Petition Date, there were discussions between the Debtor's representatives and representatives of Strike Force Seven, LLC ("**SFS**") regarding SFS purchasing certain assets to enable the Debtor to fund critical prepetition expenses.   Ultimately, SFS funded a total of $124,739.17.  No documents were signed in connection with the transaction.  With the exception of limited assets with a value of less than $5,000.00, the assets remain in the Debtor's possession at the leased facilities listed on Schedule G.  The Debtor shall have such rights as shall be determined by the Court.

| Asset | Model/Description | ID Number | Qty |
|---|---|---|---|
| Hudson Welding 10 ton A-Frame  Travel Lift | | | 1 |
| MVP Resin Wet Out Systems | | | 2 |
| MVP Gel Coat System | | | 1 |
| Forklift | | | 1 |
| Van | Ford E-250 | 1FTNS24W94HA28641 | 1 |
| Atlas Copco Compressor and Kaeser Air Dryer | GX5PEPCSA/UL 8152101245 | | 1 |
| | | CAI937941/1.8029.2/1915 | |
| Seastar System Optimus Steering | | | 1 |
| Air Tech Vacuum Pumps | | | 2 |
| Flooring, 5000 sq ft Used for Boat Shows | | | 5000 |
| Garmin Head Unit | GHC 20 | | 5 |
| Stealth S-6 Surge B Sound Bar | S-6 Surge B | | 2 |
| Stealth S-10 Surge B Sound Bar | S-10 Surge B | | 1 |
| Garmin Autopilot Reactor 40 | Reactor 40 | | 1 |
| Console, Leaning Post and Small Parts Molds | Located at Perry Composite  Manufacturing, Perry, Florida | | 1 |
| Office Furniture | | | 1 |
| Box Trailer | | | 1 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin Barker** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number | **8:19-bk-3138-MGW** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: _____ Line from *Schedule A/B*: _____ | _____ | ☐ _____ ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Barker Boatworks, LLC**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION__

Case number (if known) __**8:19-bk-3138-MGW**__

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|
| **2.1  SunTrust Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2014 Ford F-250 Truck** | $24,742.44 | $20,000.00 |
| **P.O. Box 305053**<br>**Nashville, TN 37230**<br>Creditor's mailing address | | | |
| | Describe the lien<br>**Security Interest** | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**7147** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2  SunTrust Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2014 Ford F-150 Truck** | $13,740.00 | $13,000.00 |
| **P.O. Box 305053**<br>**Nashville, TN 37230**<br>Creditor's mailing address | | | |
| | Describe the lien | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**5366** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

| Debtor | **Barker Boatworks, LLC** | | Case number (if know) | **8:19-bk-3138-MGW** |
|--------|---------------------------|---|---------------------|---------------------|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Synovus Bank** | Describe debtor's property that is subject to a lien | $750,000.00 | Unknown |
|-----|------------------|---------------------------------------------------|-------------|---------|

Creditor's Name

**1148 Broadway
Columbus, GA 31901**

Creditor's mailing address

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Describe debtor's property that is subject to a lien**

**Disputed**

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$788,482.44** |

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|-----------------------------------------------------------|------------------------------------------------|
| **Robert Messick, Esq.
2033 Main St., #600
Sarasota, FL 34237** | Line    **2.3** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name     **Barker Boatworks, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)   **8:19-bk-3138-MGW**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$140,500.00** | **$3,250.00** |
| --- | --- | --- | --- | --- |
| | **Joseph and Scarlett Bertolami** | *Check all that apply.* | | |
| | **80908 Overseas Highway** | ☐ Contingent | | |
| | **Islamorada, FL 33036** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☑ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25,000.00** | **$3,250.00** |
| --- | --- | --- | --- | --- |
| | **Trey Brunson** | *Check all that apply.* | | |
| | **28 Hatton Lane** | ☐ Contingent | | |
| | **St. Simons Island, GA 31522** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☑ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| Debtor | **Barker Boatworks, LLC** | Case number (if known) | **8:19-bk-3138-MGW** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25,000.00** | **$3,250.00** |
|---|---|---|---|---|

**Meghan Davis**
**176 Coastal Hammock Court**
**Osprey, FL 34229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$50,000.00** | **$3,250.00** |
|---|---|---|---|---|

**Mike Delagarza**
**3204 Lena Rd**
**Bradenton, FL 34211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$130,000.00** | **$3,250.00** |
|---|---|---|---|---|

**Phineas DeMink**
**1570 Harbor Cay**
**Long Boat Key, FL 34343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$242,000.00** | **$3,250.00** |
|---|---|---|---|---|

**Dano Doe**
**306 Turtle Hatch Rd**
**Naples, FL 34103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Barker Boatworks, LLC** | Case number (if known) | **8:19-bk-3138-MGW** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164,870.00 | $3,250.00 |
|---|---|---|---|---|
| | **Nick Draganov**<br>**331 Magellan Dr**<br>**Sarasota, FL 34243** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 | $3,250.00 |
|---|---|---|---|---|
| | **Patrick Dunn**<br>**42 Cottage Lawn Rd**<br>**St. Simons Island, GA 31522** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,000.00 | $3,250.00 |
|---|---|---|---|---|
| | **Peter Faccibene**<br>**2028 Alameda Ave**<br>**Sarasota, FL 34234** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125,000.00 | $125,000.00 |
|---|---|---|---|---|
| | **Florida Department of Revenue**<br>**5050 W. Tennessee St.**<br>**Tallahassee, FL 32399** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Barker Boatworks, LLC** | | Case number (if known) | **8:19-bk-3138-MGW** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$79,000.00** | **$3,250.00** |
|---|---|---|---|---|

**Tom Gore**
**48 East Periwinkle Lane**
**Newark, DE 19711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$50,000.00** | **$3,250.00** |
|---|---|---|---|---|

**Ty Hall**
**1541 Bay Point Dr.**
**Sarasota, FL 34243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,000.00** | **$3,250.00** |
|---|---|---|---|---|

**Burt Hammett**
**16218 33rd Court East**
**Parrish, FL 34219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250,000.00** | **$3,250.00** |
|---|---|---|---|---|

**Wayne Hammond**
**9090 East Adamo Drive**
**Tampa, FL 33619**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Barker Boatworks, LLC** | | Case number (if known) | **8:19-bk-3138-MGW** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175,000.00 | $3,250.00 |
|---|---|---|---|---|

**Mark and Susan Harrell**
**308 Tighe Ave**
**Seffner, FL 33584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 | $3,250.00 |
|---|---|---|---|---|

**Tom Hill**
**25 Emerald Beach Way**
**Santa Rosa Beach, FL 32459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 | $3,250.00 |
|---|---|---|---|---|

**Randall Honaker**
**1660 Summerhouse Lane, Unit 902**
**Sarasota, FL 34242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,000.00 | $3,250.00 |
|---|---|---|---|---|

**Chad Justus**
**29155 Perilli Place**
**Wesley Chapel, FL 33543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Barker Boatworks, LLC** | Case number (if known) | **8:19-bk-3138-MGW** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120,000.00 | $3,250.00 |
|---|---|---|---|---|
| | **Charles and Sue Justus** | Check all that apply. | | |
| | **7439 Worthington Terrace** | ☐ Contingent | | |
| | **Port Charlotte, FL 33981** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90,000.00 | $3,250.00 |
|---|---|---|---|---|
| | **Craig Kool** | Check all that apply. | | |
| | **17049 Marina Cone Lane** | ☐ Contingent | | |
| | **Ft. Myers, FL 33908** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 | $3,250.00 |
|---|---|---|---|---|
| | **Andrew Lacy** | Check all that apply. | | |
| | **933 Westminister Street NW** | ☐ Contingent | | |
| | **Washington, DC 20001** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250,000.00 | $3,250.00 |
|---|---|---|---|---|
| | **Sam Logan** | Check all that apply. | | |
| | **4032 Red Rock Lane** | ☐ Contingent | | |
| | **Sarasota, FL 34231** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| Debtor | **Barker Boatworks, LLC** | | Case number (if known) | **8:19-bk-3138-MGW** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$10,000.00** | **$3,250.00** |
|---|---|---|---|---|
| | **Danny Mancini**<br>**3100 SW 15th Street**<br>**Deerfield Beach, FL 33443** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$195,000.00** | **$3,250.00** |
|---|---|---|---|---|
| | **Greg Martinovich**<br>**445 Dockside Drive**<br>**Naples, FL 34110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$20,000.00** | **$3,250.00** |
|---|---|---|---|---|
| | **Tony Mazzarona**<br>**5760 SW 34th Street**<br>**Miami, FL 33155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$25,000.00** | **$3,250.00** |
|---|---|---|---|---|
| | **William McClatchey**<br>**282 West 6th Street**<br>**Sea Island, GA 31561** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| Debtor | **Barker Boatworks, LLC** | | Case number (if known) | **8:19-bk-3138-MGW** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 | $3,250.00 |
|---|---|---|---|---|

**Mark Mercado**
**608 Concord Lane**
**Holmes Beach, FL 34217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,000.00 | $3,250.00 |
|---|---|---|---|---|

**Steve Miller**
**7909 2nd Ave South**
**Saint Petersburg, FL 33707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,000.00 | $3,250.00 |
|---|---|---|---|---|

**Raul Prieto**
**13453 SW 66 Terrace**
**Miami, FL 33183**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190,000.00 | $3,250.00 |
|---|---|---|---|---|

**Michael Ramsey**
**842 Limpet Dr**
**Sanibel Island, FL 33957**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Barker Boatworks, LLC** | | | Case number (if known) | **8:19-bk-3138-MGW** |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $20,000.00 | $3,250.00 |
|---|---|---|---|---|
| | **Rick Reddish**<br>**306 Bond Street**<br>**Clewiston, FL 33440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $20,000.00 | $3,250.00 |
|---|---|---|---|---|
| | **Mike Savage**<br>**14842 SW 17th Street**<br>**Davie, FL 33326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $250,000.00 | $3,250.00 |
|---|---|---|---|---|
| | **Gary Smith**<br>**911 Sara Dr.**<br>**Shalimar, FL 32579** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $25,000.00 | $3,250.00 |
|---|---|---|---|---|
| | **Greg Smith**<br>**802 Beach Blvd**<br>**Laguna Vista, TX 78578** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Barker Boatworks, LLC** | Case number (if known) | **8:19-bk-3138-MGW** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$25,000.00** | **$3,250.00** |
|---|---|---|---|---|
| | **Jim Smith**<br>**3601 North Nebraska Ave**<br>**Tampa, FL 33603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$250,000.00** | **$3,250.00** |
|---|---|---|---|---|
| | **Ray Smith**<br>**139 Graham St SE**<br>**Port Charlotte, FL 33952** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$20,000.00** | **$3,250.00** |
|---|---|---|---|---|
| | **Travis Smith**<br>**102 Gardenia Court NW**<br>**Fort Walton Beach, FL 32548** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$25,000.00** | **$3,250.00** |
|---|---|---|---|---|
| | **Bill Taylor**<br>**2801 Sandia Dr**<br>**Raleigh, NC 27607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Barker Boatworks, LLC** | | Case number (if known) | **8:19-bk-3138-MGW** |
|---|---|---|---|---|
| | Name | | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 | $3,250.00 |
|---|---|---|---|---|

**2.39**

Priority creditor's name and mailing address
**Matt Williams**
**825 South Willow Ave**
**Tampa, FL 33606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,000.00    $3,250.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

**2.40**

Priority creditor's name and mailing address
**Matt Wilt**
**675 East Christina Blvd**
**Lakeland, FL 33813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$54,000.00    $3,250.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

**2.41**

Priority creditor's name and mailing address
**Kenneth Winterhalter**
**1707 71st St. NW**
**Bradenton, FL 34209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$83,000.00    $3,250.00

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
**2550 TR, LLC**
**7978 Cooper Creek Blvd., #100**
**Bradenton, FL 34201**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address
**Action Bolt**
**PO Box 1449**
**Lake Worth, FL 33460**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,667.81

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Barker Boatworks, LLC** | Case number (if known) | **8:19-bk-3138-MGW** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.61 |
|---|---|---|---|

**Aflac**
**1932 Wynnton RD**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.18 |
|---|---|---|---|

**Afordable First Aid**
**PO Box 14097**
**Bradenton, FL 34280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,781.40 |
|---|---|---|---|

**All Water Customs**
**3390 19th Ave SW**
**Naples, FL 34117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,094.00 |
|---|---|---|---|

**Ameratrail Trailers**
**4840 East Irlo Bronson Memorial Highway**
**St. Cloud, FL 34771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,972.21 |
|---|---|---|---|

**Attwood Corp/Mercury Marine**
**25349 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.02 |
|---|---|---|---|

**Beacon National Supply**
**22083 US Highway 19N**
**Clearwater, FL 33765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210,000.00 |
|---|---|---|---|

**Dean Beazant**
**c/o Jeremy S. Sloane, Esq.**
**100 S. Orange Ave., #1000**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Barker Boatworks, LLC** | | Case number (if known) | **8:19-bk-3138-MGW** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,520.91** |
|---|---|---|---|
| | **Benderson Development** | ☐ Contingent | |
| | **570 Delaware Ave** | ☐ Unliquidated | |
| | **Buffalo, NY 14202** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,795.60** |
|---|---|---|---|
| | **Bonnier Corp** | ☐ Contingent | |
| | **460 N. Orlando Ave Ste 200** | ☐ Unliquidated | |
| | **Winter Park, FL 32789** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65,918.21** |
|---|---|---|---|
| | **Composites One** | ☐ Contingent | |
| | **Attn: Mary Bravo** | ☐ Unliquidated | |
| | **85 W. Algonquin Rd., #600** | ☐ Disputed | |
| | **Arlington Heights, IL 60005-4421** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **DeLage Landen Financial Services, Inc.** | ☐ Contingent | |
| | **1111 Old Eagle School Rd.** | ☐ Unliquidated | |
| | **Wayne, PA 19087** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,790.33** |
|---|---|---|---|
| | **Depco Pump** | ☐ Contingent | |
| | **PO Box 6820** | ☐ Unliquidated | |
| | **Clearwater, FL 33758** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **Mitch Drost** | ☐ Contingent | |
| | **3215 Cyprien Lane** | ☐ Unliquidated | |
| | **Lake Charles, LA 70605** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$960.75** |
|---|---|---|---|
| | **Everlast Marine Products** | ☐ Contingent | |
| | **7981 Mainline Parkway** | ☐ Unliquidated | |
| | **Ft. Myers, FL 33912** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Barker Boatworks, LLC** | Case number (if known) | **8:19-bk-3138-MGW** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address

**Family Hardware**
622 SE 47th Terrace
Cape Coral, FL 33904

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.18** | Nonpriority creditor's name and mailing address

**First Insurance Funding**
450 Stokie Blvd, Ste 1000
Northbrook, IL 60062

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,924.83**

---

**3.19** | Nonpriority creditor's name and mailing address

**First Insurance Guarantee**
PO Box 371871
Pittsburgh, PA 15250

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,785.44**

---

**3.20** | Nonpriority creditor's name and mailing address

**Fusion Powdercoating**
1951 Whitfield Drive
Sarasota, FL 34243

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,259.00**

---

**3.21** | Nonpriority creditor's name and mailing address

**Internation Marine Underwriters**
One State Street Plaza, Floor 31
New York, NY 10004

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$23,777.56**

---

**3.22** | Nonpriority creditor's name and mailing address

**KTM Marine Canvas**
2207 60th Drive East
Bradenton, FL 34203

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,756.40**

---

**3.23** | Nonpriority creditor's name and mailing address

**Chris Laface**
48 Adalia Ave.
Tampa, FL 33606-3302

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

| Debtor | **Barker Boatworks, LLC** | Case number (if known) | **8:19-bk-3138-MGW** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address

**Lenco Marine**
**4700 SE Municipal Court**
**Stuart, FL 34997**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,757.39**

---

**3.25** | Nonpriority creditor's name and mailing address

**MacKinnon Equipment**
**2230 North US Highway 301**
**Tampa, FL 33619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$155.00**

---

**3.26** | Nonpriority creditor's name and mailing address

**MDI/Seastar**
**1 Sierra Place**
**Litchfield, IL 62056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,196.23**

---

**3.27** | Nonpriority creditor's name and mailing address

**Michael Peters Yacht Design, Inc.**
**47 S. Palm Ave.**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.28** | Nonpriority creditor's name and mailing address

**Robert Mullahney**
**721 Harbour Point Dr.**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.29** | Nonpriority creditor's name and mailing address

**Old Dominion**
**PO Box 19875**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$687.78**

---

**3.30** | Nonpriority creditor's name and mailing address

**Perry Composites**
**1290 Houck Rd**
**Perry, FL 32348**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$66,334.85**

---

| Debtor | **Barker Boatworks, LLC** | | Case number (if known) | **8:19-bk-3138-MGW** |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,810.70 |
|---|---|---|---|
| | **Powermania**<br>**39 East Airway Blvd**<br>**Livemore, CA 94551** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **R.P.W. of Sarasota, Inc.**<br>**32 South Osprey Ave., #203**<br>**Sarasota, FL 34236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.33 |
|---|---|---|---|
| | **Reliable Auto Paint**<br>**4549 Samuel Street**<br>**Sarasota, FL 34233** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|
| | **Rosser Industries**<br>**8802 9th Ave NW**<br>**Bradenton, FL 34209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,318.06 |
|---|---|---|---|
| | **RPW of Sarasota**<br>**32 South Osprey Ave**<br>**Sarasota, FL 34236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|
| | **Saint Stephens School**<br>**315 41st Street West**<br>**Bradenton, FL 34209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,787.70 |
|---|---|---|---|
| | **Seaforce IX**<br>**12277 North US Highway 41**<br>**Palmetto, FL 34221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Barker Boatworks, LLC** | Case number (if known) | **8:19-bk-3138-MGW** |
|---|---|---|---|
| | Name | | |

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,805.44**

**Shadowcaster Marine**
**2060 Calumet Street**
**Clearwater, FL 33765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**James Sharrock**
**c/o Ralph Marcadis, Esq.**
**5104 S. Westshore Blvd.**
**Tampa, FL 33611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00**

**Stategy Marine**
**5620 43rd Ave**
**Bradenton, FL 34208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Strike Force Seven, LLC**
**3703 S. Atlantic Ave., Apt. 1106**
**Daytona Beach, FL 32118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **See attached**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185.24**

**Suburban Propane**
**PO Box 260**
**Whippway, NJ 07981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$395.42**

**T&C Metals**
**One ABC Parkway Ste# 800**
**Beloit, WI 53511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,003.34**

**Trenam Law**
**PO Box 1072**
**Tampa, FL 33601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Barker Boatworks, LLC** | Case number *(if known)* | **8:19-bk-3138-MGW** |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address

**Vallen**
904 South 20th Street
Tampa, FL 33605

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$10,066.00**

---

**3.46** | Nonpriority creditor's name and mailing address

**Jesus Vidiera**
11455 SW 40th St., #210
Miami, FL 33166

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.47** | Nonpriority creditor's name and mailing address

**Tim Vining**
**MVP Holdings**
4343 Anchor Plaza Parkway, #1
Tampa, FL 33634

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.48** | Nonpriority creditor's name and mailing address

**Wet Sounds**
10621 South Sam Houston Pkw West
Houston, TX 77071

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$12,061.14**

---

**3.49** | Nonpriority creditor's name and mailing address

**Yellowfin Yachts, Inc.**
c/o John R. Squitero, Esq.
2699 S. Bayshore Dr., #700
Miami, FL 33133

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.50** | Nonpriority creditor's name and mailing address

**Zypha Corp**
18501 Murdock Circle #308
Port Charlotte, FL 33948

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$403.68**

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Benderson Development**<br>570 Delaware Ave.<br>Buffalo, NY 14202 | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Barker Boatworks, LLC** | Case number (if known) | **8:19-bk-3138-MGW** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2  **Goldman, Evans & Trammell, LLC**<br>**10323 Cross Creek Blvd. "F"**<br>**Tampa, FL 33647** | Line  **3.14**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 3,413,370.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 647,226.56 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ 4,060,596.56 |

In re    **Barker Boatworks, LLC**                                        Case No.    **8:19-bk-3138-MGW**
                                        Debtor(s)

## SCHEDULE E/F - CREDITORS WHO HAVE UNSECURED CLAIMS

Prior to the Petition Date, there were discussions between the Debtor's representatives and representatives of Strike Force Seven, LLC ("**SFS**") regarding SFS purchasing certain assets to enable the Debtor to fund critical prepetition expenses.  Ultimately, SFS funded a total of $124,739.17.  No documents were signed in connection with the transaction.  With the exception of limited assets with a value of less than $5,000.00, the assets remain in the Debtor's possession at the leased facilities listed on Schedule G.  The Debtor shall have such rights as shall be determined by the Court.

| Asset | Model/Description | ID Number | Qty |
|---|---|---|---|
| Hudson Welding 10 ton A-Frame  Travel Lift | | | 1 |
| MVP Resin Wet Out Systems | | | 2 |
| MVP Gel Coat System | | | 1 |
| Forklift | | | 1 |
| Van | Ford E-250 | 1FTNS24W94HA28641 | 1 |
| Atlas Copco Compressor and Kaeser Air Dryer | GX5PEPCSA/UL 8152101245 | | 1 |
| | | CAI937941/1.8029.2/1915 | |
| Seastar System Optimus Steering | | | 1 |
| Air Tech Vacuum Pumps | | | 2 |
| Flooring, 5000 sq ft Used for Boat Shows | | | 5000 |
| Garmin Head Unit | GHC 20 | | 5 |
| Stealth S-6 Surge B Sound Bar | S-6 Surge B | | 2 |
| Stealth S-10 Surge B Sound Bar | S-10 Surge B | | 1 |
| Garmin Autopilot Reactor 40 | Reactor 40 | | 1 |
| Console, Leaning Post and Small Parts Molds | Located at Perry Composite  Manufacturing, Perry, Florida | | 1 |
| Office Furniture | | | 1 |
| Box Trailer | | | 1 |

**Fill in this information to identify the case:**

Debtor name     **Barker Boatworks, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:19-bk-3138-MGW**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Lease of office and showroom located at 7910 25th Court E., #115, Sarasota, Florida** |
| State the term remaining | |
| List the contract number of any government contract | **2550 TR, LLC**<br>**7978 Cooper Creek Blvd., #100**<br>**Bradenton, FL 34201** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** |
| State the term remaining | |
| List the contract number of any government contract | **Joseph and Scarlett Bertolami**<br>**80908 Overseas Highway**<br>**Islamorada, FL 33036** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** |
| State the term remaining | |
| List the contract number of any government contract | **Trey Brunson**<br>**28 Hatton Lane**<br>**St. Simons Island, GA 31522** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** |
| State the term remaining | |
| List the contract number of any government contract | **Meghan Davis**<br>**176 Coastal Hammock Court**<br>**Osprey, FL 34229** |

Debtor 1   **Barker Boatworks, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)    **8:19-bk-3138-MGW**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Mike Delagarza** |
| | List the contract number of any government contract | | **3204 Lena Rd**<br>**Bradenton, FL 34211** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of forklift** | |
|---|---|---|---|
| | State the term remaining | | **DeLage Landen Financial Services, Inc.** |
| | List the contract number of any government contract | | **1111 Old Eagle School Rd.**<br>**Wayne, PA 19087** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Phineas DeMink** |
| | List the contract number of any government contract | | **1570 Harbor Cay**<br>**Long Boat Key, FL 34343** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Dano Doe** |
| | List the contract number of any government contract | | **306 Turtle Hatch Rd**<br>**Naples, FL 34103** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Nick Draganov** |
| | List the contract number of any government contract | | **331 Magellan Dr**<br>**Sarasota, FL 34243** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Patrick Dunn** |
| | List the contract number of any | | **42 Cottage Lawn Rd**<br>**St. Simons Island, GA 31522** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Barker Boatworks, LLC** | | Case number *(if known)* | **8:19-bk-3138-MGW** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Peter Faccibene<br>2028 Alameda Ave<br>Sarasota, FL 34234 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Tom Gore<br>48 Ease Periwinkle Lane<br>Newark, DE 19711 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Ty Hall<br>1541 Bay Point Dr.<br>Sarasota, FL 34243 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Burt Hammett<br>16218 33rd Court East<br>Parrish, FL 34219 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Wayne Hammond<br>9090 East Adamo Drive<br>Tampa, FL 33619 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | Mark and Susan Harrell<br>308 Tighe Ave<br>Seffner, FL 33584 |
|---|---|---|---|

| Debtor 1 | **Barker Boatworks, LLC** | | | Case number *(if known)* | **8:19-bk-3138-MGW** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | | |
|---|---|---|---|
| | List the contract number of any government contract | _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Tom Hill** |
| | List the contract number of any government contract | _____ | **25 Emerald Beach Way** **Santa Rosa Beach, FL 32459** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Randall Honaker** |
| | List the contract number of any government contract | _____ | **1660 Summerhouse Lane, Unit 902** **Sarasota, FL 34242** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Chad Justus** |
| | List the contract number of any government contract | _____ | **29155 Perilli Place** **Wesley Chapel, FL 33543** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Charles and Sue Justus** |
| | List the contract number of any government contract | _____ | **7439 Worthington Terrace** **Port Charlotte, FL 33981** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Craig Kool** |
| | List the contract number of any government contract | _____ | **17049 Marina Cone Lane** **Ft. Myers, FL 33908** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Barker Boatworks, LLC** | | Case number *(if known)* | **8:19-bk-3138-MGW** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Andrew Lacy**<br>**933 Westminister Street NW**<br>**Washington, DC 20001** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sam Logan**<br>**4032 Red Rock Lane**<br>**Sarasota, FL 34231** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Danny Mancini**<br>**3100 SW 15th Street**<br>**Deerfield Beach, FL 33443** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Greg Martinovich**<br>**445 Dockside Drive**<br>**Naples, FL 34110** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Tony Mazzarona**<br>**5760 SW 34th Street**<br>**Miami, FL 33155** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **William McClatchey**<br>**282 West 6th Street**<br>**Sea Island, GA 31561** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Barker Boatworks, LLC** | | Case number (*if known*) | **8:19-bk-3138-MGW** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mark Mercado**<br>**608 Concord Lane**<br>**Holmes Beach, FL 34217** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Design Contracts (MPYD 40 Design and MPYD 26 Design)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Michael Peters Yacht Design, Inc.**<br>**47 S. Palm Ave.**<br>**Sarasota, FL 34236** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Steve Miller**<br>**7909 2nd Ave South**<br>**Saint Petersburg, FL 33707** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Raul Prieto**<br>**18424 SW 88th Court**<br>**Cutler Bay, FL 33157** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of manufacturing/assembly and rigging facility located at 2188 51st St., Sarasota, Florida** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **R.P.W. of Sarasota, Inc.**<br>**32 South Osprey Ave., #102**<br>**Sarasota, FL 34236** |

| Debtor 1 | **Barker Boatworks, LLC** | | Case number (*if known*) | **8:19-bk-3138-MGW** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Michael Ramsey** |
| | List the contract number of any government contract | | **842 Limpet Dr** |
| | | | **Sanibel Island, FL 33957** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Rick Reddish** |
| | List the contract number of any government contract | | **306 Bond Street** |
| | | | **Clewiston, FL 33440** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Mike Savage** |
| | List the contract number of any government contract | | **14842 SW 17th Street** |
| | | | **Davie, FL 33326** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Gary Smith** |
| | List the contract number of any government contract | | **224 Girard Ave** |
| | | | **Fort Walton Beach, FL 32548** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Greg Smith** |
| | List the contract number of any government contract | | **802 Beach Blvd** |
| | | | **Laguna Vista, TX 78578** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Jim Smith** |
| | List the contract number of any | | **3601 North Nebraska Ave** |
| | | | **Tampa, FL 33603** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Barker Boatworks, LLC**
_____
First Name     Middle Name     Last Name

Case number (*if known*)   **8:19-bk-3138-MGW**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Ray Smith** |
| | List the contract number of any government contract | | **139 Graham St SE** **Port Charlotte, FL 33952** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Travis Smith** |
| | List the contract number of any government contract | | **102 Gardenia Court NW** **Fort Walton Beach, FL 32548** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Bill Taylor** |
| | List the contract number of any government contract | | **2801 Sandia Dr** **Raleigh, NC 27607** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Matt Williams** |
| | List the contract number of any government contract | | **825 South Willow Ave** **Tampa, FL 33606** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | |
|---|---|---|---|
| | State the term remaining | | **Matt Wilt** |
| | List the contract number of any government contract | | **675 East Christina Blvd** **Lakeland, FL 33813** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for purchase of boat** | **Kenneth Winterhalter** **1707 71st St. NW** **Bradenton, FL 34209** |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Barker Boatworks, LLC** | | | Case number *(if known)* | **8:19-bk-3138-MGW** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

**Fill in this information to identify the case:**

Debtor name    **Barker Boatworks, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:19-bk-3138-MGW**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Kevin Barker** | | **Synovus Bank** | ■ D    **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Kevin Barker, Franklin P. Hodge, III** | **and Marianne Barker** | **2550 TR, LLC** | ☐ D _____<br>■ E/F    **3.1**<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name **Barker Boatworks, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known) **8:19-bk-3138-MGW**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

■ Schedule H: Codebtors (Official Form 206H)

■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5-1-2019               X 
                                        Signature of individual signing on behalf of debtor

                                        **Kevin Barker**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Barker Boatworks, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)  **8:19-bk-3138-MGW**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2019** to **Filing Date** | ☐ Operating a business  ■ Other    **Gross Revenues/Sales** | **$160,000.00** |
| **For prior year:** From  **1/01/2018** to **12/31/2018** | ☐ Operating a business  ■ Other    **Gross Revenues/Sales** | **$2,621,545.38** |
| **For year before that:** From  **1/01/2017** to **12/31/2017** | ☐ Operating a business  ■ Other    **Gross Revenues/Sales** | **$3,269,688.48** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor    **Barker Boatworks, LLC**                                         Case number *(if known)*    **8:19-bk-3138-MGW**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **Response to be supplemented** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Kevin Barker**<br><br>**Manager and Member** | **Various** | **$120,000.00** | **Guaranteed compensation** |
| 4.2.   **Sarah Barker**<br><br>**Wife of Manager and Member** | **Various** | **$26,000.00** | **Compensation** |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Yellowfin Yachts, Inc. v**<br>**Barker Boatworks, LLC, et al.**<br>**Case No. 8:15-cv-990-SDM** | | **U.S. District Court, Middle District**<br>**of Florida, Tampa Division** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Barker Boatworks, LLC**

Case number *(if known)*    **8:19-bk-3138-MGW**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Dean Beazant v Barker Boatworks, LLC, et al<br>Case No. 18-CA-10495** | | **Circuit Court for Orange County, FL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Raymond J. Smith v Barker Boatworks, LLC<br>Case No. 2019-CA-113** | | **Circuit Court for Manatee County, FL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **James Sharrock v Barker Boatworks, LLC<br>Case No. 2018-CC-6007** | | **County Court for Sarasota County, FL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Barker Boatworks, LLC, et al.<br>v YellowFin Yachts, Inc., et al.<br>Case No. 2016-CA-355** | | **Circuit Court for Manatee County, FL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| Debtor | **Barker Boatworks, LLC** | | | Case number *(if known)* | **8:19-bk-3138-MGW** |
|--------|--------|---|---|---|---|

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **February 1, 2019 -<br>$7,500<br>March 14, 2019 -<br>$47,717.00<br>March 28, 2019 -<br>$18,000.00** | |
| | **Stichter, Riedel, Blain & Postler, P.A.<br>110 E. Madison St., Suite 200<br>Tampa, FL 33602** | **Attorneys' Fees** | | **$73,217.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1<br>. | **Strike Force Seven, LLC** | **See attachment** | | |
| | Relationship to debtor | | | |

| **Part 7:** | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| **Part 8:** | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | **Barker Boatworks, LLC** | Case number *(if known)* | **8:19-bk-3138-MGW** |
|---|---|---|---|

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Hancock Bank** | **XXXX-9064** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed March 20, 2018** | **$117.16** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | **Barker Boatworks, LLC** | | Case number *(if known)* | **8:19-bk-3138-MGW** |
|---|---|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various** | **Debtor's leased property** | **Five non-debtor boats used for demonstrative purposes, warranty work, repairs, upgrades, etc.** | **Unknown** |

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

| Debtor | **Barker Boatworks, LLC** | Case number *(if known)* | **8:19-bk-3138-MGW** |
|---|---|---|---|

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Berney Gitlin & Abitante, PL**<br>**12401 Orange Dr., #100C**<br>**Fort Lauderdale, FL 33330-4304** | **2014 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Berney Gitlin & Abitante, PL**<br>**12401 Orange Dr., #100C**<br>**Fort Lauderdale, FL 33330-4304** | **2014 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Berney Gitlin & Abitante, PL**<br>**12401 Orange Dr., #100C**<br>**Fort Lauderdale, FL 33330-4304** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Solace Boats** |
| 26d.2. | **Rene Garcia** |
| 26d.3. | **John Gudelsky** |
| 26d.4. | **Fountain Powerboats** |
| 26d.5. | **Nortech Boats** |
| 26d.6. | **Bluewave Boats** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

---

| Debtor | **Barker Boatworks, LLC** | | Case number *(if known)* | **8:19-bk-3138-MGW** |
|---|---|---|---|---|

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin Barker | 8344 9th Ave. Terrace NW<br>Bradenton, FL 34209 | Member and Manager | 54 Common Units |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Perry Hodge | 15 Rock Hill Rd.<br>Mahopac, NY 10541 | Member | 6 Common Units |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Barker Boatworks Invester Group, LLC | c/o Kenneth Winterhalter, Manager<br>435 12th St. W.<br>Bradenton, FL 34205 | Member | 60 Series A Preferred Units |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kenneth Winterhalter | 435 12th St. W.<br>Bradenton, FL 34205 | Manager and Chairman of the Board | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Kevin Barker**<br>**8344 9th Ave. Terrace NW**<br>**Bradenton, FL 34209**<br><br>**Relationship to debtor**<br>**Manager and Member** | $120,000.00 guaranteed | Various | Compensation |
| 30.2. **Sarah Barker**<br><br>**Relationship to debtor**<br>**Wife of Manager and Member** | $26,000.00 | Various | Annual Compensation |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Barker Boatworks, LLC** | Case number *(if known)* | **8:19-bk-3138-MGW** |
|---|---|---|---|

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

In re __Barker Boatworks, LLC__                                    Case No.  __8:19-bk-3138-MGW__
                                         Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS
### #13

Prior to the Petition Date, there were discussions between the Debtor's representatives and representatives of Strike Force Seven, LLC ("**SFS**") regarding SFS purchasing certain assets to enable the Debtor to fund critical prepetition expenses.  Ultimately, SFS funded a total of $124,739.17.  No documents were signed in connection with the transaction.  With the exception of limited assets with a value of less than $5,000.00, the assets remain in the Debtor's possession at the leased facilities listed on Schedule G.  The Debtor shall have such rights as shall be determined by the Court.

| Asset | Model/Description | ID Number | Qty |
|---|---|---|---|
| Hudson Welding 10 ton A-Frame  Travel Lift | | | 1 |
| MVP Resin Wet Out Systems | | | 2 |
| MVP Gel Coat System | | | 1 |
| Forklift | | | 1 |
| Van | Ford E-250 | 1FTNS24W94HA28641 | 1 |
| Atlas Copco Compressor and Kaeser Air Dryer | GX5PEPCSA/UL 8152101245 | | 1 |
| | | CAI937941/1.8029.2/1915 | |
| Seastar System Optimus Steering | | | 1 |
| Air Tech Vacuum Pumps | | | 2 |
| Flooring, 5000 sq ft Used for Boat Shows | | | 5000 |
| Garmin Head Unit | GHC 20 | | 5 |
| Stealth S-6 Surge B Sound Bar | S-6 Surge B | | 2 |
| Stealth S-10 Surge B Sound Bar | S-10 Surge B | | 1 |
| Garmin Autopilot Reactor 40 | Reactor 40 | | 1 |
| Console, Leaning Post and Small Parts Molds | Located at Perry Composite  Manufacturing, Perry, Florida | | 1 |
| Office Furniture | | | 1 |
| Box Trailer | | | 1 |

Debtor   **Barker Boatworks, LLC**                                          Case number *(if known)*  **8:19-bk-3138-MGW**

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        ,5-1-2019

_____          **Kevin Barker**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes